# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | |
|---|---|
| TAKITSHA MURPHY, | ) |
| Plaintiff, | ) |
| | ) **Case No. 2:11-CV-00203 JTK** |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner, | ) |
| Social Security Administration, | ) |
| Defendant. | ) |

## FINAL JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is REVERSED and Plaintiff's case is REMANDED FOR FURTHER PROCEEDINGS.

SO ADJUDGED this 22nd day of October, 2012.

_____
United States Magistrate Judge