IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| TAKITSHA MURPHY,    )<br>    Plaintiff,    )<br>              )<br>v.    )<br>              )<br>MICHAEL J. ASTRUE, Commissioner,    )<br>Social Security Administration    )<br>    Defendant.    )<br>              ) | **Case No. 2:11-CV-00203 JTK** |

## ORDER AWARDING ATTORNEYS' FEES

On October 22, 2012, the Court entered an Order reversing the decision of the Commissioner and remanding the case for further proceedings. Plaintiff has filed a motion for attorneys' fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. She seeks compensation for 7.7 hours of attorney work performed at a rate of $181 per hour, 4.7 hours of paralegal work performed at a rate of $75 per hour, and expenses in the amount of $17.37. The Commissioner has indicated that he does not have any objections to the motion. (Doc. No. 18). The Court has also reviewed the fee request and does not believe that it is excessive or inaccurate.

IT IS THEREFORE ORDERED that Plaintiff is awarded attorneys' fees in the amount of $1,746.20, together with expenses in the amount of $17.37, for a total of $1,763.57, pursuant to the EAJA. The Commissioner is directed to certify said award and pay Plaintiff (in care of her attorney) in this amount.

SO ORDERED this 10th day of January, 2013.

_____
United States Magistrate Judge